IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

TIMOTHY M. HINDS                                                                              PLAINTIFF
ADC #650268

V.                                       NO.  2:08cv00086 JMM

PETER EDWARDS, et al                                                                      DEFENDANTS

ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau and the objections filed in response.  In his objections, Plaintiff states that he never received the Court's Order dated June 4, 2008 and provides responses to the questions posed by the Court.  In these circumstances, the Court declines to adopt the Findings and Recommendations dismissing this action based upon the Plaintiff's failure to make a timely and complete response to the Court's Order.

The Court requests that the Magistrate Judge evaluate the Plaintiff's complaint in light of his response to the Court's questions, docket entry # 9.

IT IS SO ORDERED this 4th day of August, 2008.

_____
UNITED STATES DISTRICT JUDGE