IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

TIMOTHY M. HINDS                                                          PLAINTIFF
ADC #650268

V.                                  NO.  2:08cv00086 JMM-JWC

PETER EDWARDS, et al                                              DEFENDANTS

ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition received from Magistrate Judge Jerry Cavaneau.  There have been no objections.  The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, Plaintiff's claims against Defendant Norris are hereby dismissed, without prejudice.

Plaintiff's case shall proceed against Defendant Edwards.  Service is now appropriate for Defendant Edwards.  The Clerk of the Court is directed to prepare a summons for Defendant, and the United States Marshal is directed to serve a copy of the original complaint with any attachments (doc. 3), a copy of Plaintiff's objections to the Magistrate Judge's proposed recommendations (doc. 9), a copy of the docket sheet, and a summons for Defendant through Humphries and Lewis law firm, P.O. Box 20670, White Hall, Arkansas 71612,  without prepayment of fees and costs or security therefor.  Should Defendant need copies of other filed documents, they are available from the Clerk's office or may be accessed through the PACER system for the United States District Court.

IT IS SO ORDERED this 26th day of September, 2008.

_____
UNITED STATES DISTRICT JUDGE