# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

TIMOTHY M. HINDS
ADC # 650268                                                                                                                     PLAINTIFF

V.                             CASE NO. 2:08CV00086 JMM/BD

PETER EDWARDS                                                              DEFENDANT

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the Recommended Disposition, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Defendant's Motion for Summary Judgment (docket entry #26) is GRANTED. Plaintiff's claims are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED, this 16th day of March, 2009.

                                                                                        UNITED STATES DISTRICT JUDGE