IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**TIMOTHY M. HINDS**
**ADC # 650268**                                                                                                    **PLAINTIFF**

**V.**                              **CASE NO. 2:08CV00086 JMM/BD**

**PETER EDWARDS**                                                                                                **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 16th day of March, 2009.

_____
UNITED STATES DISTRICT JUDGE